UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

-vs-

                                       Hon. Stephen J. Murphy, III
                                       Case No. 24-20599

Naveed Aslam,

\

     Defendant.

## DISCOVERY NOTICE

1. The attorney for the government knows that the defendants made relevant written or recorded statements, including grand jury testimony, and/or relevant oral statements, in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

Defendant's recorded statements and/or oral statements in response to interrogation, if any, will be produced. The statements, if any, indicate the date of the statement, the agency, and the type of statement made. The government is aware that defendant communicated with law enforcement on the date of his arrest.

2. The attorney for the government knows that defendants have a prior criminal record:

    ☒NO                         ☐YES

3. The following books, papers, documents, photographs and tangible objects are within the possession, custody or control of the government and are intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant:   All materials produced in discovery, records regarding the purchase of prescription drug, records regarding the purchase of prescription drugs, financial/bank records, shipping and courier records, three cell phone extractions, property records,

1

photographs, telephone toll analysis, search warrant returns, and corporate/LARA records.

4. Results or reports intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense: cell phone forensic examiner reports, or any other reports which have been produced or will be produced in discovery.

5. The government intends to introduce at trial testimony from one or more experts in the following areas of expertise: None at this time, however the government anticipates retaining an expert in this case and/or eliciting opinion testimony from qualified individuals, including regarding prescription drugs and cell phone extraction/analysis.

6. The government may introduce evidence obtained from execution of the following search warrants:

| Date | Docket Numbers (Eastern District of Michigan unless otherwise indicated) |
|---|---|
| 8/9/2023 | 8:23-mj-1979 (M.D. Fla.) |
| 8/9/2023 | 8:23-mj-1981 (M.D. Fla.) |
| 8/11/2023 | 8:23-mj-2004 (M.D. Fla.) |
|  |  |
| 8/8/2023 | 22-mc-51081-3 |
| 8/14/2023 | 23-51260-1 |
| 8/14/2023 | 23-51260-2 |
| 10/22/2024 | 24-51233-1 |

7. The government may introduce evidence obtained through wiretaps or other electronic surveillance:

| Type | Docket Numbers | Dated |
|---|---|---|
| Pen Register | 8:23-mj-1977 (M.D. Fla.) | 8/9/2023 |
| Pen Register | 8:23-mj-1978 (M.D. Fla.) | 8/9/2023 |

8. The government intends to offer evidence under Rule 404(b), Fed. R. Evid.

☐Yes        ☐No        ☒Unsure

2

9. The attorney for the government is aware of the obligations imposed by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment in time for effective use at trial.

10. If the government discovers additional information of the type described in Paragraphs 1 through 8; it will advise defense counsel in writing. Upon specific request of the defendant (or unless otherwise provided) the government will make available for inspection or copying the items described in Paragraphs 1, 3, and 4; will furnish the record referred to in Paragraph 2; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph 5 and will provide notice of the general nature of the evidence referred to in Paragraph 8.  The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)-(C).  If the defendant makes a general request for discovery the government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1) (A)-(G).  The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)-(C).

Respectfully submitted,

Dawn Ison
United States Attorney

*s/ Andrew J. Lievense*
Andrew Lievense
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226

Dated:  December 3, 2024

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record

*s/Andrew J. Lievense*
Andrew J. Lievense
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Andrew.lievense@usdoj.gov
(313) 226-9665

4